UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| OLIVE GROUP NORTH AMERICA LLC, et al.,<br><br>                       Plaintiffs,<br><br>      -against-<br><br>AFGHANISTAN INTERNATIONAL BANK,<br>                       Defendant. | **ORDER TO WITHDRAW REFERRAL ORDER**<br><br>21 Civ. 10836 (ER) |

Ramos, D.J.:

The Order of Reference to Magistrate Judge Gabriel W. Gorenstein for general pretrial purposes is hereby WITHDRAWN.

It is SO ORDERED.

Dated: April 7, 2022
       New York, New York

_____
Edgardo Ramos, U.S.D.J.