UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
OLIVE GROUP NORTH AMERICA LLC,
AMERICAN K-9 DETECTION SERVICES, LLC,
and CONSTELLIS INTEGRATED RISK
MANAGEMENT SERVICES, INC.,

                Plaintiffs,

-against-                                                  21 **CIVIL** 10836 (ER)

## **JUDGMENT**

AFGHANISTAN INTERNATIONAL BANK,

                Defendant.
------------------------------------------------------------X

    It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated March 27, 2023, AIB's motion for attorneys' fees is GRANTED. Counsel for Plaintiffs shall pay AIB $10,000 in attorneys' fees pursuant to the Opinion and Order. The Second Circuit has instructed that while courts have "wide discretion" in considering sanctions, they "should be sensitive to the impact of sanctions on attorneys. They can be economically punishing, as well as professionally harmful; due process must be afforded." Oliveri, 803 F.2d at 1280. In this case, Plaintiffs made numerous vexatious errors that imposed costs on AIB and the Court. However, the matter was ultimately resolved within nine months, and there is no indication that Plaintiffs have failed to understand the gravity of their missteps or the resulting consequences. The Court concludes that an award of $10,000 is sufficient but not greater than necessary to deter similar future conduct; accordingly, the case is closed.

**Dated:**  New York, New York

        March 28, 2023

                                                                     **RUBY J. KRAJICK**

                                                                     _____
                                                                      **Clerk of Court**

                                         **BY:**      *K. Mango*

                                                                      _____
                                                                      **Deputy Clerk**